300 Multiple Choices

Multiple Choices
The document name you requested (/attorneys/assets/opinions/appellate/unpublished/a5189-14.pdf) could not be found on this server.
However, we found documents with names similar to the one you requested.
Available documents:

/attorneys/assets/opinions/appellate/unpublished/a5119-14.pdf (mistyped character)
/attorneys/assets/opinions/appellate/unpublished/a5139-14.pdf (mistyped character)
/attorneys/assets/opinions/appellate/unpublished/a5159-14.pdf (mistyped character)
/attorneys/assets/opinions/appellate/unpublished/a5089-14.pdf (mistyped character)
/attorneys/assets/opinions/appellate/unpublished/a5183-14.pdf (mistyped character)
/attorneys/assets/opinions/appellate/unpublished/a5789-14.pdf (mistyped character)
/attorneys/assets/opinions/appellate/unpublished/a5184-14.pdf (mistyped character)
/attorneys/assets/opinions/appellate/unpublished/a5185-14.pdf (mistyped character)
/attorneys/assets/opinions/appellate/unpublished/a5187-14.pdf (mistyped character)

IBM_HTTP_Server at www.judiciary.state.nj.us Port 443